UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SERGIO ESPINOSA

    Plaintiff,

v.                                         CASE NO.: 1:17-cv-20799-RNS

BARCLAYS BANK DELAWARE,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** SERGIO ESPINOSA, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, SERGIO ESPINOSA, and Defendant, BARCLAYS BANK DELAWARE, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 12th day of January, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                Respectfully submitted,

                */s/Heather H. Jones*
                Heather H. Jones, Esq.
                Florida Bar No. 0118974
                William "Billy" Peerce Howard, Esq.
                Florida Bar No. 0103330
                THE CONSUMER PROTECTION FIRM, PLLC
                210-A South MacDill Avenue
                Tampa, FL 33609
                Telephone: (813) 500-1500, ext. 205
                Facsimile: (813) 435-2369
                Heather@TheConsumerProtectionFirm.com
                Billy@TheConsumerProtectionFirm.com
                *Attorney for Plaintiff*