UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SERGIO ESPINOSA,

    Plaintiff,

v.                                            CASE NO.: 1:17-cv-20799-RNS

BARCLAYS BANK DELAWARE

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Sergio Espinosa, and Defendant Barclays Bank Delaware, by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on May 29, 2018.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Brandon T. White* |
| Heather H. Jones, Esq. | Brandon T. White, Esq. |
| Florida Bar No.: 0118974 | Florida Bar No.: 106792 |
| William "Billy" Peerce Howard, Esq. | REED SMITH LLP |
| Florida Bar No.: 0103330 | 1001 Brickell Bay Drive, Suite 900 |
| THE CONSUMER PROTECTION FIRM, PLLC | Miami, Florida 33131 |
| 4030 Henderson Blvd. | Tel: (786) 747-0222 |
| Tampa, FL 33629 | Fax: (786) 747-0299 |
| Tel (813) 500-1500/Fax: (813) 435-2369 | bwhite@reedsmith.com |
| Heather@TheConsumerProtectionFirm.com | *Attorney for Defendant* |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorneys for Plaintiff* | |